478 A.2d 130

Thayer, Appellant, v. Rosier.

 Argued March 14, 1984. Michael E. Fingerman, for appellant; Charles S. Silver, for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.